IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MARGARET WILLIAMS,           )
                             )
    Plaintiff,               )
                             )
                             )   CIVIL ACTION NO.
    v.                       )    1:07cv1108-MHT
                             )
WAL-MART STORES, INC.,       )
                             )
    Defendant.               )
```

ORDER

The allegations of the notice of removal are insufficient to invoke this court's removal jurisdiction under 28 U.S.C. §§ 1332 (diversity of citizenship) 1441 (removal). To invoke removal jurisdiction based on diversity, the notice of removal must distinctly and affirmatively allege each party's citizenship. McGovern v. American Airlines, Inc., 511 F. 2d 653, 654 (5th Cir. 1975) (per curiam). The allegations must show that the citizenship of each plaintiff is different from that of each defendant. 28 U.S.C. § 1332; see also 2 James Wm.

Moore, et al., Moore's Federal Practice ¶ 8.03[5][b] at 8-10 (3d ed. 1998).

The notice of removal fails to meet this standard. The notice appears to give the "residence" rather than the "citizenship" of plaintiff. An allegation that a party is a "resident" of, that is, has her "principal address" in, a State is not sufficient to establish that a party is a "citizen" of that State. <u>Delome v. Union Barge Line Co.</u>, 444 F.2d 225, 233 (5th Cir.), <u>cert. denied</u>, 404 U.S. 995 (1971).

The notice of removal is also insufficient because it does not indicate the citizenship of defendant; indeed, it is unclear whether the defendant is a corporation or a partnership. If the entity is a corporation, then the notice must allege the citizenship of both the State of incorporation <u>and</u> where the corporation has its principal place of business. 28 U.S.C.A. § 1332(c)(2); <u>American Motorist Insur. Co. v. American Employers' Insur. Co.</u>, 600 F.2d 15, 16 & n. 1 (5th Cir. 1979) (per curiam). If

2

the entity is a partnership, the notice must indicate the citizenship of the individual partners, both general and limited. <u>Carden v. Arkoma Associates</u>, 494 U.S. 185, 110 S.Ct. 1015 (1990).

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the defendant has until January 22, 2008, to amend the notice of removal to allege jurisdiction sufficiently, <u>see</u> 28 U.S.C.A. § 1653; otherwise this lawsuit shall be remanded to state court.

DONE, this the 3rd day of January, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**