IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:07cv1108-MHT ) |
| WAL-MART STORES, INC, ET AL, | ) ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Wal-Mart Stores East, L.P., incorrectly named in Plaintiff's Complaint as Wal-Mart Stores, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Wal-Mart Stores, Inc. | Parent company |
| Wal-Mart de Mexico, S.A. de C.V | Shares parent company |
| The Seiyu, Ltd | Shares parent company |

Date: January 11, 2008

/s/ Jennifer A. Doughty
W. Pemble DeLashmet
Chad C. Marchand
Jennifer A. Doughty
Counsel for Wal-Mart Stores East, L.P.

P. O. Box 2047
Mobile, Alabama 36652
(251) 433-1577

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION


**CERTIFICATE OF SERVICE**


I, do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 11th day of January 2008, to:

F. Jerome Tapley
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA
316 South Baylen Street
Pensacola, Florida  32502


January 11, 2008                                         /s/ Jennifer A. Doughty
        Date                                                         Signature