IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARGARET WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07cv1108-MHT |
| | ) | |
| WAL-MART STORES, INC, ET AL, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO STAY AND TO WITHDRAW

COMES NOW F. Jerome Tapley, attorney for the Plaintiff in the above-styled matter, and file this Motion to Withdraw as counsel for the plaintiff. As grounds therefor, F. Jerome Tapley would show that he is no longer associated with the firm which presently represents Plaintiff. Plaintiff continues to be represented by movant's previous firm, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. Movant respectfully requests that the Court grant movant's motion to withdraw and stay the above-styled matter until such time as movant's previous firm substitutes counsel.

Respectfully submitted this 15th day of January, 2008.

/s/ F. Jerome Tapley
F. JEROME TAPLEY

OF COUNSEL:
CORY, WATSON, CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Stay and to Withdraw has been served by electronic mail on this 15th day of January 2008, to:

W. Pemble DeLashamet
Chad C. Marchand
Jennifer A. Doughty
P.O. Box 2047
Mobile, Alabama 36652
(251) 433-1577

Wm. Jemison Mims
316 S. Baylen St., Suite 600
Pensacola, FL 32526
jmims@levinlaw.com

                                    /s/ F. Jerome Tapley_____
                                    Of Counsel