IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 JAN 22 A 10: 24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Margaret Williams, | : |
| Plaintiff | : |
| v. | :    CASE NO.: 1:07cv1108-MHT |
| Wal-Mart Stores, Inc. | : |
| Defendant | : |

### MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now, Wm. Jemison Mims, pursuant to Local Rules of the United States District Court for the Middle District of Alabama, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Plaintiff, Margaret Williams, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of Florida.

2. That movant is a member of good standing in the Bar as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

WHEREFORE, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Middle District of Alabama.

Respectfully submitted,

_____
Wm. Jemison Mims, Jr. - FL Bar #0070210
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P. A.
316 So. Baylen St., Ste. 600
Post Office Box 12308
Pensacola, Florida 32591
(850) 435-7000

WILLIAM M. MCCOOL
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK

SHEILA HURST-RAYBORN
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Pensacola Division

January 17, 2008

# CERTIFICATE OF GOOD STANDING

I, WILLIAM M. MCCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **William Jemison Mims, Florida Northern District Bar Number 0070210**, was duly admitted to practice in this Court on May 18, 2004, and is in good standing as a member of the bar of this Court.

WILLIAM M. MCCOOL, CLERK OF COURT

_____
JEAN M. DAVIS, DEPUTY CLERK

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
| --- | --- | --- | --- |
| 401 SE 1st Avenue | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Margaret Williams** | : |
| **Plaintiff** | : |
| v. | :    CASE NO.: 1:07cv1108-MHT |
| **Wal-Mart Stores, Inc.** | : |
| **Defendants** | : |

### ORDER

IT IS ORDERED that upon payment of the required fees, Wm. Jemison Mims, Jr., of Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A., 316 So. Baylen St., Ste. 600, Post Office Box 12308, Pensacola, Florida 32591, (850) 435-7000, be admitted to practice pro hac vice (for this case only) before the United States District Court for the Middle District of Alabama, as attorney for:

    **Margaret Williams**

Dated:_____

                                                BY ORDER OF COURT:

                                                _____, Clerk

By:_____

                                                      Deputy Clerk

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003462
Cashier ID: brobinso
Transaction Date: 01/22/2008
Payer Name: LEVIN PAPANTONIO THOMAS
----------------------------------------
PRO HAC VICE
 For: WILLIAM JEMISON MIMS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
----------------------------------------
CHECK
 Check/Money Order Num: 430921
 Amt Tendered:  $50.00
----------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00
```