IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07cv1108-MHT |
| WAL-MART STORES, INC, ET AL, | ) |
| Defendant, | ) |

RECEIVED
2008 JAN 22 A 10: 24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Margaret Williams in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[x] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

Margaret Williams
3170 Pinewoods Drive
Crestview, FL 32539

1/18/08
Date

_____
Counsel

Rachael Gilmer
Counsel for (print names of all parties)

316 S. Baylen St, Suite 600
Address, City, State, Zip Code
Pensacola, FL 32501

850-435-7000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, do hereby Certify that a true and correct copy of the foregoing has been furnished via U.S. regular mail on this 18th day of January 2008 to:

Jennifer A. Doughty
W. Pemble DeLashnet
Chad C. Marchand
P.O. Box 2047
Mobile, AL 36652

_1/18/08_
Date

_Rachael Gilmer_
Signature