## IN UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 1:07CV1108-MHT |
| | ) |
| WAL-MART STORES, INC., ET AL., | ) |
| | ) |
| Defendant. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting of the parties was held on January 22, 2008, at the law office of DeLashmet & Marchand and was attended by:

F. Jerome Tapley for Plaintiff

Chad C. Marchand for Defendant

Jennifer A. Doughty for Defendant

2. Pre-Discovery Disclosures. The parties will exchange by February 4, 2008 the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects:

        i. The alleged hazard;

        ii. Knowledge, if any, by the parties of the alleged hazard;

        iii. Policies and procedures for floor cleaning;

        iv. Causation; and

        v. Plaintiff's alleged injuries.

b. Disclosure or discovery of electronically stored information should be handled as follows:
   i. If applicable, information will be provided on CD-Rom.

c. The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production as follows:
   i. The parties will provide a privilege log in accordance with Fed. R. Civ. P. 26(b)(5).
   ii. The parties will submit a Stipulated Protective Order as appropriate.

d. All discovery commenced in time to be completed by June 1, 2008.

e. Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

f. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

g. Maximum of four (4) depositions by plaintiff and four (4) by defendant.

h. Each deposition limited to maximum of seven (7) hours unless extended by agreement of parties.

i. Reports from retained experts under Rule 26(a)(2) due: from plaintiff by April 3, 2008 ; from defendant by May 3, 2008.

j. Supplementations under Rule 26(e) due within 14 days of discovery indicating that supplementation is required.

4. Other Items:

    a. The parties do not request a conference with the court before entry of the scheduling order.

    b. The parties request a pre-trial conference in October 2008.

    c. Plaintiff should be allowed until February 15, 2008 to join additional parties and until February 15, 2008, to amend the pleadings.

    d. Defendant should be allowed until March 15, 2008 to join additional parties and until March 15, 2008, to amend the pleadings.

    e. All potentially dispositive motions should be filed by July 7, 2008.

    f. Settlement cannot be evaluated prior to the close of discovery.

    g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff by September 14, 2008, and from defendant by September 28, 2008.

    h. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    i. The case should be ready for trial by November 3, 2008, and is expected to take approximately 2-3 days.

Date:   January 22, 2008

| | |
|---|---|
| /s/  F. Jerome Tapley | /s/ Jennifer A. Doughty |
| F. JEROME TAPLEY | JENNIFER A. DOUGHTY (DOUGJ5407) |
| Levin, Patantonio, Thomas, Mitchell | CHAD C. MARCHAND (MARCC5089) |
| Echsner & Proctor, P.A. | DeLashmet & Marchand, P.C. |
| 316 South Baylen Street | Post Office Box 2047 |
| Pensacola, FL  32502 | Mobile, AL  36652 |
| (850) 435-7130 | (251) 433-1577 |
| Attorneys for Plaintiff | jad@delmar-law.com |
| | ccm@delmar-law.com |
| | Attorneys for Defendant, Wal-Mart Stores East, LP |

4