IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

MARGARET WILLIAMS,              )
                                )
   Plaintiff,                  )
                                )         CIVIL ACTION NO.
   v.                          )          1:07cv1108-MHT
                                )
WAL-MART STORES, INC.,          )
                                )
   Defendant.                  )

                            ORDER

It is ORDERED that the motion to appear pro hac vice (Doc. No. 9) is granted.

DONE, this the 23rd day of January, 2008.


                      /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE