### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA,
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARGARET WILLIAMS,** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO. 1:07CV1108-MHT** |
| | § | |
| **v.** | § | |
| | § | |
| **WAL-MART STORES, INC.,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

### <u>NOTICE OF APPEARANCE</u>

COMES NOW, LARRY GIVENS, of the law firm, Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C., and files his appearance as additional counsel of record for Plaintiff, Margaret Williams.

Respectfully submitted,

**COCHRAN, CHERRY, GIVENS,**
**SMITH, LANE & TAYLOR, P.C.**

<u>/s/ Larry Givens</u>
Larry Givens
**Ala. State Bar No.: ASB- 9077-N50L**
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 – Phone
(334) 836-2500 – Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which will send eletronic notification of such filing to:

Wm. Jemison Mims, Esq.
316 S. Baylen Street, Ste. 600
Pensacola, FL 32526
jmims@levinlaw.com

W. Pemble DeLashmet
DeLashmet & Marchand, P.C.
P.O. Box 2047
Mobile, AL 36652
wpd@delmar-law.com

Jennifer Allen Doughty
DeLashmet & Marchand, P.C.
jad@delmar-law.com

Chad Christopher Marchand
DeLashmet & Marchand, P.C.
ccm@delmar-law.com

/s/ Larry Givens
**LARRY GIVENS**