IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS, | § |
| Plaintiff, | § CASE NO. 1:07CV1108-MHT |
| v. | § |
| WAL-MART STORES, INC., | § |
| Defendant. | § |

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW the plaintiff, by and through her undersigned counsel, and, pursuant to Rule 26(a)(1), F.R.C.P., makes the following Initial Mandatory Disclosures:

**A.**   **Witnesses.**   The following witnesses are believed to have discoverable information that Plaintiff may use to support her claims:

1.   Magaret Williams
     1314 Riddle Drive
     Westville, Florida 32464
     *Plaintiff, .*

2.   Deborah "Debbie" Elmore
     *Wal-Mart Associate,*

3.   Marie Strickland
     1318 Riddle Drive
     Westville, Florida 32464

4.   Stephanie Edelstein
     204 N. Pleasant Street
     Geneva, AL

      5.    Anne Keen
P.O. Box 1288-Mail Stop 3540
Bentonville, AR 72712-9889
*Claims Representative for Wal-Mart Stores, Inc.*

      6.    Annie Newman
*Wal-Mart Associate,*

      7.    Laura Lavallee
*Wal-Mart Associate, Customer Service Mgr.,*

      8.    Phil Woods
*Wal-Mart Assistant Mgr.,*

      9.    Betty Sketo
1310 Riddle Drive
Westville, Florida 32464

    10.    Alice Slay
1314 Riddle Drive
Westville, Florida 32464

    11.    The medical professionals noted in the relevant medical records including, without limitation, Dr. David Alford.

**B.**    **Documents.**  The following documents, data compilations and tangible things are in the possession, custody or control of Plaintiff. Hard copies of these documents will be provided to counsel for the defendant via USPS. Plaintiff respectfully reserves the right to supplement this material as discovery continues.

      1.    The Wal-Mart Incident Report dated March 11, 2007

      2.    Copies of available medical records generated as a result of the injuries suffered during the event made the basis of this action.

      3.    All witness(es) statements and/or report(s) from Wal-Mart representatives or associates pertaining to the incident of March 11, 2007.

      C.      **Damages.** A computation of damages claimed by Plaintiff appears below. Plaintiff will make available for inspection and copying, as under Rule 34, the documents and other evidentiary material not privileged or protected from disclosure on which computations are based.

      1.    Following is a list a medical providers and billing amounts associated with services provided in connection with the event made the basis of this action. Plaintiff respectfully reserves the right to supplement this submission as discovery continues. This is provided based upon information and belief available as of the 4th of February, 2008.

| Provider | Amount |
|---|---|
| Geneva Rescue Squad | $ 1,220.00 |
| Wiregrass medical Center | $ 829.00 |
| Southeast Alabama Med. Cntr. | $18,419.75 |
| Internal Med. of Dothan | $ 304.00 |
| Dr. Alford (Southern Bone & Joint) | $ 3,699.00 |
| Lifestar Resp. of Ala. | $ 360.00 |
| Radiology of Dothan | $ 43.00 |
| Dr. Milton Lenniex | $ 56.00 |
| Dr. John Burgess | $ 275.00 |
| Anesthesia | $ 585.00 |
| Gentiva Hlth. Sys. | $ 2.093.00 |
| Wiregrass Hosp. Physicians | $ 145.09 |
| Dr. John Tomberlin | $ 37.00 |
| Dr. Frank Crockett | $ 20.00 |
| Anesthesia Consultants | $ 765.57 |
| Dr. Eric Lund | $ 35.00 |

Defense counsel is referred to the medical records mentioned above.

In addition to the foregoing medical specials (and any supplements thereto), Plaintiff will ask for both past and future pain and suffering, mental anguish and such other damages as are cognizable under applicable law. While the plaintiff respectfully reserves the right to adjust the following as discovery develops, all damages are expected to total $250,000.00.

      D.      **Insurance Agreements.** Not applicable to Plaintiff.

Dated: February 4, 2008                    Respectfully submitted,
                                           **COCHRAN, CHERRY, GIVENS,**
                                           **SMITH, LANE & TAYLOR, P.C.**

                                           /s/ Larry Givens
                                           Larry Givens(Giv012)
                                           **ASB No: ASB-9077-N50L**
                                           P. O. Box 927
                                           Dothan, AL  36302
                                           (334) 793-1555 – Phone
                                           (334) 836-2500 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing Plaintiff's Initial Disclosures with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Wm. Jemison Mims
316 S. Baylen Street, Ste. 600
Pensacola, FL  32526
jmims@levinlaw.com

W. Pemble DeLashmet
DeLashmet & Marchand, P.C.
P.O. Box 2047
Mobile, AL  36652
wpd@delmar-law.com

Jennifer Allen Doughty
DeLashmet & Marchand, P.C.
jad@delmar-law.com

Chad Christopher Marchand
DeLashmet & Marchand, P.C.
ccm@delmar-law.com

                                           /s/ Larry Givens
                                           **LARRY GIVENS**