# IN UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 1:07cv1108-MHT |
| | ) |
| WAL-MART STORES, INC., ET AL., | ) |
| | ) |
|     Defendant. | ) |

### JOINT REQUEST FOR LEAVE TO AMEND SCHEDULING ORDER

COME NOW Plaintiff MARGARET WILLIAMS and Defendant WAL-MART STORES EAST, L.P., incorrectly named in the Complaint as Wal-Mart Stores, Inc., through their counsel of record and request this Honorable Court for leave to amend the Scheduling Order entered January 25, 2008, and state as follows:

1. Plaintiff has requested the deposition of Dr. David Alford.

2. Plaintiff and Defendant have attempted to schedule the deposition of Dr. Alford prior to the close of discovery which is June 2, 2008; however, due to conflicts and the unavailability of Dr. Alford, they have been unable to do so.

3. Plaintiff and Defendant are agreeable to scheduling the deposition of Dr. Alford on July 9, 2008, which is the next available date provided by Dr. Alford.

WHEREFORE, Plaintiff and Defendant hereby request that this Honorable Court grant them leave from the Scheduling Order for the purpose of the deposition of Dr. Alford. In all other respects, the Scheduling Order shall remain unchanged.

Dated: April 29, 2008

/s/ Larry Givens                                       /s/ Chad C. Marchand
LARRY GIVENS                                    CHAD C. MARCHAND
COCHRAN, CHERRY, GIVENS, SMITH,       DELASHMET & MARCHAND, P.C.
Lane & Taylor, P.C.                                 Post Office Box 2047
163 West Main Street                              Mobile, AL  36652
Dothan, AL  36302                                  Telephone:    (251) 433-1577
Telephone:  (334) 793-1555                    Facsimile:     (251) 433-1578
Facsimile:   (334) 836-2500                    Attorney for Defendant, Wal-Mart Stores
Attorney for Plaintiff                              East, LP