IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS,           ) | |
| )| |
|   Plaintiff,          ) | |
| ) | CIVIL ACTION NO. |
| v.          ) | 1:07cv1108-MHT |
| ) | |
| WAL-MART STORES, INC.,     ) | |
| ) | |
|   Defendant.          ) | |

## ORDER

It is ORDERED that the joint request for leave to amend scheduling order (doc. no. 23) is granted.

DONE, this the 30th day of April, 2008.

                                   /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE