**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| MARGARET WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:07CV1108-MHT |
| ) | |
| WAL-MART STORES, INC., ET AL., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT WAL-MART STORES EAST, L.P.'S
MOTION FOR SUMMARY JUDGMENT**

Comes now the Defendant, Wal-Mart Stores East, L.P. ("Wal-Mart"), incorrectly identified in Plaintiff's Complaint as "Wal-Mart Stores, Inc.," and pursuant to Rule 56 of the Federal Rules of Civil Procedure files this its Motion for Summary Judgment demonstrating to the Court that there is no genuine issue of material fact as to the Plaintiff's allegations against it and that it is entitled to judgment as a matter of law.

1. All pleadings previously filed herein;

2. Its Brief in Support of Its Motion for Summary Judgment;

3. The deposition of Margaret Williams, specifically pages 11, 14, 16-18, 21, 36, and 45;

4. The deposition of Marie Strickland, specifically pages 8, 9, 12, 13, 17, 18;

5. The deposition of Phillip Woods, specifically pages 17, 19, 26, 27, 35, 43, 44, 54;

6. The deposition of Deborah Elmore, specifically pages 29, 32-34, 53, 54;

7. The deposition of Laura LaVallee, specifically pages 17, 18; and

8.   The deposition of Annie Newman, specifically pages 33, 34, 44.

Wherefore, premises considered, the Defendant, Wal-Mart Stores East, L.P., respectfully requests this Court enter an Order granting it summary judgment as to the Plaintiff's Complaint against it, each and every count thereof, separately and severally.

/s/ Jennifer A. Doughty
W. PEMBLE DELASHMET   (DELAW0873)
CHAD C. MARCHAND   (MARCC5089)
JENNIFER A. DOUGHTY   (DOUGJ5407)
Attorneys for Defendant, Wal-Mart Stores East, LP

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:   (251) 433-1577
Facsimile:   (251) 433-1578

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day July 14, 2008, served a copy of the foregoing pleading upon counsel as listed below by depositing the same in the U. S. Mail, postage prepaid and properly addressed.

William Jemison Mims
Rachael Gilmer
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA
P. O. Box 12308
Pensacola, FL  32591

Larry Givens
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
Post Office Box 927
Dothan, Alabama  36302

/s/ Jennifer A. Doughty
OF COUNSEL