IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>1:07cv1108-MHT |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 25) is set for submission, without oral argument, on August 4, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 21st day of July, 2008.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE