IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARGARET WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:07CV1108-MHT |
| | ) | |
| WAL-MART STORES EAST, L.P. | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO ALLOW REPLY TO PLAINTIFF'S BRIEF IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT

Defendant Wal-Mart Stores East, L.P., by and through undersigned counsel, respectfully moves the Court to consider a reply to Plaintiff's Brief in Opposition to Wal-Mart's Motion for Summary Judgment. In support of such motion, Defendant would show unto the Court the following:

1. The Court's July 21, 2008 Order stated that Defendant's motion for summary judgment (Doc. 25) was set for submission, without oral argument, on August 4, 2008, with any opposing brief and evidentiary materials due by said date. (Doc. 27.)

2. Plaintiff's filed their Brief in Opposition to the Motion for Summary Judgment on August 4, 2008 at 3:46 PM.

3. As a consequence, Defendant did not have an opportunity to respond to Plaintiff's brief prior to the expiration of the court-imposed deadline.

4. Defendant respectfully requests the opportunity to reply to Plaintiff's Brief in Opposition to the Motion for Summary Judgment and files its reply simultaneously herewith.

        Respectfully submitted,

        /s/ Jennifer A. Doughty
        W. PEMBLE DELASHMET (DELAW0873)
        CHAD C. MARCHAND (MARCC5089)
        JENNIFER A. DOUGHTY (DOUGJ5407)
        Attorneys for Defendant, Wal-Mart Stores East, LP

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone: (251) 433-1577
Facsimile: (251) 433-1578

## CERTIFICATE OF SERVICE

  I hereby certify that I have on this day August 7, 2008, filed the foregoing with the Clerk of the court using the appropriate electronic filing system, which will send notice to the following counsel of record:

William Jemison Mims
Rachael Gilmer
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA
P. O. Box 12308
Pensacola, FL  32591

Larry Givens
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
Post Office Box 927
Dothan, Alabama  36302

        /s/ Jennifer A. Doughty
        OF COUNSEL