IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07CV1108-MHT |
| | ) |
| WAL-MART STORES EAST, L.P. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S
REPLY TO PLAINTIFF'S BRIEF IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND MOTION TO STRIKE SAME**

COMES NOW the plaintiff, by and through her undersigned counsel, and herewith notifies the Court of her objection to the defendant's efforts to submit a reply to Plaintiff's Brief in opposition to Summary Judgment. Plaintiff respectfully requests the Court strike the reply as both untimely and procedurally inappropriate.

1. As duly noted by the defendant, the Court set this matter for submission on August 4, 2008. The defendant, having raised the issue through its filing of a motion for summary judgment, had every opportunity to state its position relevant thereto. Plaintiff timely filed her brief in opposition pursuant to the Court's Order.

2. Plaintiff is unaware of any authority which requires a moving party in a summary judgment be allowed to reply to the non-movant's brief. Nor does the defendant cite the Court to any such authority. Rule 56, *Federal Rules of Civil Procedure,* contemplates that each party shall have one opportunity to state their case. If the defendant is permitted to reply, equity would strongly suggest the plaintiff be permitted an opportunity to respond to the reply and so forth and so on.

3. To the extent the Court finds such a requirement applicable, Plaintiff's counsel would note counsel for the defendant made no effort to discuss the issue prior to filing their reply. As evidenced by the foregoing, it is safe to assume Plaintiff would have in any event objected.

4. In the event the Court, in its discretion, permits the defendant to file its Reply, Plaintiff respectfully requests an opportunity to file a Sur-Reply thereto.

WHEREFORE, the premises considered, Plaintiff respectfully requests the Court Strike the Reply (Doc.30) heretofore filed by the defendant or, in the alternative, should the Reply be permitted, Plaintiff requests an opportunity to file a Sur-Reply.

Dated: August 7, 2008

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.

/s/ Larry Givens
Larry Givens(Giv012)
**ASB No: ASB-9077-N50L**
P. O. Box 927
Dothan, AL  36302
(334) 793-1555 – Phone
(334) 836-2500 – Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2008, I electronically filed the foregoing Plaintiff's Objection to Defendant's Reply to Plaintiff's Brief In Opposition to Defendant's Motion For Summary Judgment and Motion to Strike Same with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

W. Pemble DeLashmet
DeLashmet & Marchand, P.C.
P.O. Box 2047
Mobile, AL 36652
wpd@delmar-law.com

Jennifer Allen Doughty
DeLashmet & Marchand, P.C.
jad@delmar-law.com

Chad Christopher Marchand
DeLashmet & Marchand, P.C.
ccm@delmar-law.com

                                                 /s/Larry Givens
                                                 LARRY GIVENS