IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MARGARET WILLIAMS,            )
                              )
    Plaintiff,                )
                              )
                              )   CIVIL ACTION NO.
    v.                        )     1:07cv1108-MHT
                              )
WAL-MART STORES, INC.,        )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the motion to allow reply (Doc. No. 29) is granted.

DONE, this the 7th day of August, 2008.

                          /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE