IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:07CV1008-MHT |
| WAL-MART STORES EAST, L.P. | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE HER SUR-REPLY**

COMES NOW the plaintiff, by and through her undersigned counsel, and herewith Moves this Honorable Court for leave to file her Sur-Reply to the Reply heretofore filed by the defendant. As the basis for such request, plaintiff states as follows:

1. Plaintiff previously filed her objection (doc. 31) to the filing of a reply by the defendant and asked the court to strike that document. Within that same document, the court was asked, in the alternative to permit the plaintiff to file a sur-reply should the court elect to receive the defendant's reply. By an Order dated on, or about, August 8, 2008, the Court elected to permit the reply.

2. In light of the Court's decision, Plaintiff herewith renews her request for leave to file a sur-reply and respectfully submits the short sur-reply will serve the ends of justice and the Courts goal of deciding this matter on the merits.

3. Plaintiff files her sur-reply simultaneously herewith.

Respectfully submitted this, the 8th day of August, 2008.

        COCHRAN, CHERRY, GIVENS,
        SMITH, LANE & TAYLOR, P.C.

/s/ Larry Givens
Larry Givens(Giv012)
**ASB No: ASB-9077-N50L**
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 – Phone
(334) 836-2500 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE HER SUR-REPLY with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

W. Pemble DeLashmet
DeLashmet & Marchand, P.C.
P.O. Box 2047
Mobile, AL 36652
wpd@delmar-law.com

Jennifer Allen Doughty
DeLashmet & Marchand, P.C.
jad@delmar-law.com

Chad Christopher Marchand
DeLashmet & Marchand, P.C.
ccm@delmar-law.com

        /s/Larry Givens
        LARRY GIVENS