IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


MARGARET WILLIAMS,           )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )        1:07cv1108-MHT
                             )
WAL-MART STORES, INC.,       )
                             )
     Defendant.             )

                         ORDER

It is ORDERED as follows:

(1) Plaintiff's objection (Doc. No. 31) is

     overruled.

(2) Plaintiff's motion to strike (Doc. No. 31) is

     denied.

(3) Plaintiff is allowed 14 days from the date of

     this order to file an additional reply to the

     pending summary-judgment motion.

DONE, this the 8th day of August, 2008.


               ___/s/ Myron H. Thompson___
               UNITED STATES DISTRICT JUDGE