IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MARGARET WILLIAMS,            )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )      1:07cv1108-MHT
                              )
WAL-MART STORES EAST, L.P.,   )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that the motion for leave to file reply (Doc. No. 33) is granted.

DONE, this the 11th day of August, 2008.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE