**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Williams v. Wal-Mart Stores, Inc.

**Case Number:** 1:07-cv-01108-MHT

Referenced Pleading -   ORDER   - **Doc. 36**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MARGARET WILLIAMS,            )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    1:07cv1108-MHT
                              )
WAL-MART STORES EAST, L.P.,   )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the motion for leave to file reply (Doc. No. 33) is granted.

DONE, this the 11th day of August, 2008.

                                /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE