IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

RECEIVED
2008 AUG 14  A 10: 14
DEBRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **Margaret Williams,** | : |
| Plaintiff | : |
| v. | : CASE NO.: 1:07cv1108-MHT |
| **Wal-Mart Stores, Inc.** | : |
| Defendant | : |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Rachael Gilmer, counsel for Margaret Williams, moves this Court for an Order allowing her to withdraw as counsel of record, and states:

1. Counsel desires to withdraw as attorney for Plaintiff in this matter and seeks leave of Court. Plaintiff is being represented by Larry Edwin Givens of Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C. in Dothan, Alabama.

2. Counsel never filed a Notice of Appearance in this case, but did sign a pleading in another attorney's absence. Counsel therefore wishes to be removed as attorney of record in this case since she does not represent any parties to this suit and neither does anyone at her firm.

WHEREFORE, Counsel respectfully requests the Court relieve her of further responsibility in this matter as Mrs. Williams has retained alternative counsel in the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to **Delashmet & Marchand, P.C.,** W. Pemble Delashmet, Esquire, Chad C. Marchand, Esquire & Jennifer A. Doughty, Esquire, 403 Conti Street, Mobile, Alabama 36602 and **Larry Givens, Esquire,** Post Office Box 927, Dothan, Alabama 36302 by regular U.S. mail, on this 12th day of August, 2008.

RACHAEL R. GILMER, ESQUIRE
Alabama Bar # ASB-8541H70R
Alabama Filing # RAY032
Levin, Papantonio, Thomas, Mitchell, Echsner,
& Proctor, P.A.
316 S. Baylen Street, 6th Floor
P. O. Box 12308
Pensacola, Florida  32591
(850) 435-7180