IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MARGARET WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:07cv1108-MHT |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 38) is granted.

DONE, this the 15th day of August, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE