IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MARGARET WILLIAMS,           )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     1:07cv1108-MHT
                             )         (WO)
WAL-MART STORES, INC.,       )
                             )
    Defendant.               )
```

## JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Wal-Mart Stores, Inc.'s motion for summary judgment (doc. no. 25) is granted.

(2) Judgment is entered in favor of defendant Wal-Mart Stores, Inc. and against plaintiff Margaret Williams, with plaintiff Margaret Williams taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Williams, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of October, 2008.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE